UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRIANNA RODRIGUEZ,                          :
                     Plaintiff,     :
                              :
        -against-                        :          22 Civ. 506 (LGS)
                              :
                              :          <u>ORDER</u>
ACCURATE BACKGROUND, LLC,                    :
                    Defendant.     :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       The Court has been informed that the parties have reached a settlement in principle in this

case.  Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and

without prejudice to restoring the action to the Court's calendar, provided the application to

restore the action is made within sixty (60) days of this Order.  Any application to reopen filed

after sixty (60) days from the date of this Order may be denied solely on that basis.  Any pending

motions are **DENIED** as moot, and all conferences and deadlines are **CANCELLED**.

Dated: February 7, 2022
      New York, New York

                                            **LORNA G. SCHOFIELD**
                                    **UNITED STATES DISTRICT JUDGE**